## IN THE

# SUPREME COURT

### OF

# NEW JERSEY,

### SEPTEMBER TERM, 1792.

---

[141]  DEN, ON THE DEMISE OF SIMS, v. DAVIS.

When a cause is at issue, the court will not interpose, in a summary and collateral way, to settle the question between the parties.

---

This was an ejectment upon a mortgage.

*Leake* moved for a rule upon the lessor of the plaintiff, to show cause why satisfaction should not be entered on the mortgage in the mortgage book, and on the minutes of this court. In support of this motion, he read the affidavit of John Redman, proving a tender of the money due, and another of Isaac Snowden, stating that, as treasurer of the State of Pennsylvania, he had received two-thirds of the same, pursuant to the laws of that state in cases of tender and refusal. He cited 2 *Bl. Com.* 159; *Archer* v. *Smatt,* 2 *Str.* 1107; *Roe* v. *Soley,* 2 *Bl. Rep.* 726.

PER CUR. The cause is now at issue, and it is admitted, that if there exists the smallest doubt of the fact, the court ought not to interfere. We cannot interpose, under these circumstances; the parties must proceed in their action.

Rule refused.